

# Fourth Court of Appeals
## San Antonio, Texas

November 4, 2016

No. 04-16-00608-CV

**MIDWAY AUSTIN HIGHWAY PARTNERS**, LP, Midway Companies, Bradley R. Freels, and E.R. "Bo" Sanford, II,
Appellants

v.

**SIETE ACRES, LLC**, Emilio Nicolas, Sr., Guillermo Nicolas, Costa Maria, LTD., Landbridge Partners, LLC and Sara Sunshine Thacker,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-11965
Honorable Gloria Saldana, Judge Presiding

## O R D E R

Judy Mata's notification of late record is hereby GRANTED IN PART. Time is extended to November 25, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of November, 2016.

_____
Keith E. Hottle
Clerk of Court